UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    NOTICE OF INTENT TO
                                       FILE AN INFORMATION
        -v.-                      :
                                       08 Mag. 1201
JONATHAN BAEZ,                    :

            Defendant.            :

- - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 28, 2008

                                    08 CRIM 755

                                    MICHAEL J. GARCIA
                                    United States Attorney

                            By:     /s/ Nicholas Lewin
                                    NICHOLAS LEWIN
                                    Assistant United States Attorney


                                    AGREED AND CONSENTED TO:

                            By:     /s/ Edward D. Wilford
                                    EDWARD D. WILFORD
                                    Attorney for Jonathan Baez

[ELECTRONICALLY FILED stamp]