UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     WAIVER OF INDICTMENT

       v.                          :     08 Cr.

JONATHAN BAEZ,                    :

             Defendant.      :     08 CRIM 755

- - - - - - - - - - - - - - - - X

    JONATHAN BAEZ, the defendant, who is accused of violating Title 18, United States Code, Section 1951(a), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

```
USDC SDNY
  MENT
    ONICALLY FILED

AUG 14 2008
```

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:   New York, New York
        August 14, 2008