```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -    JUDGE SCHEINDLIN
UNITED STATES OF AMERICA            :
                                           INFORMATION
        - v. -                      :
                                         08 Cr.
JONATHAN BAEZ,                      :    08 CRIM  755

                   Defendant.       :

- - - - - - - - - - - - - - - - - -x
```

COUNT ONE

The United States Attorney charges:

1. In or about May 2008, in the Southern District of New York and elsewhere, JONATHAN BAEZ, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, BAEZ, and others known and unknown, agreed to commit an armed robbery of individuals in an apartment in the Bronx, New York, whom they believed to be in possession of kilogram quantities of cocaine.

(Title 18, United States Code, Section 1951(a).)

                                    MICHAEL J. GARCIA
                                    United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JONATHAN BAEZ,

Defendant.

Information

08 Cr.

(18 U.S.C. § 1951(a).)

MICHAEL J. GARCIA
United States Attorney.